UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUET F. WONG<br><br>   Plaintiff,<br>   v.<br><br>NIGHT SWIM LANE TRUST<br>AND SABLES, LLC    Defendants. | Case No. 2:23-cv-934-MMD-BNW<br><br>ORDER |

The Complaint in this action was filed on June 14, 2023. (ECF No. 1.) The Court issued a notice of intent to dismiss Night Swim Lane Trust and Sables, under Fed. R. Civ. P. 4(m) unless proof of service is filed by November 16, 2023. (ECF No. 17.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Night Swim Lane Trust and Sables, LLC are dismissed without prejudice.

DATED THIS 4th Day of December. 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE