SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
ANONA SU, ESQ.
Nevada Bar No. 16140
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: anona.su@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG,<br><br>                    Plaintiff,<br><br>v.<br><br>NIGHT SWIM LANE TRUST, *et al.*,<br><br>                    Defendants. | Case No.: 2:23-cv-00934-MMD-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Bank of America, N.A., hereby provides notice that Lilith V. Xara is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Scott D. Lachman, Esq. and Anona Su, Esq.

DATED this 6th day of February 2024.

**AKERMAN LLP**

*/s/ Anona Su*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
ANONA SU, ESQ.
Nevada Bar No. 16140
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED**

**DATED:** 2:11 pm, February 07, 2024

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

74823647;1